FILED 22 FEB '13 13:24 USDC-ORP

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**JANE SHOEMAKER, CASB #125815**
Assistant United States Attorney
Jane.Shoemaker@usdoj.gov
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorney
Craig.Gabriel@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:11-CR-442-BR |
| v. | **JOINT PROPOSED PRETRIAL SCHEDULE** |
| **JUSTIN SENATOR,** | |
| **Defendant.** | ***UNDER SEAL*** |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Jane Shoemaker and Craig J. Gabriel, Assistant United States Attorneys, has conferred with defense counsel and hereby submits its joint proposed pretrial schedule in accordance with the Court's February 14, 2013 order.

The parties jointly request the Court enter an order adopting the following dates:

All dispositive motions and motions to suppress must be filed by Friday, March 8, 2013; responses would be due by Friday, March 15, 2013; any replies would be due Wednesday, March 20, 2013; and the hearing would be on Friday, March 22, 2013, or a date convenient to the Court in April.

Pretrial documents and any motions *in limine* would be due on Monday, April 22, 2013; any responses or objections would be due on Friday, April 26, 2013; and the pretrial conference would be held on Monday, April 29, 2013, one week before trial.

DATED this 22nd day of February 2013.

                        Respectfully submitted,

                        S. AMANDA MARSHALL
                        United States Attorney

                        */s/ Jane Shoemaker*
                        JANE SHOEMAKER
                        Assistant United States Attorney

                        */s/ Craig J. Gabriel*
                        CRAIG J. GABRIEL
                        Assistant United States Attorney