Steven J. Sherlag, P.C.
Attorney at Law
OSB 93103
steven@sherlaglaw.com
621 SW Morrison Street, Suite 900
Portland, Oregon 97205
(503) 227-5200
Facsimile (503) 227-2530
Attorney for Defendant

FILED18MAR'13 15:21USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: CR 11-442 BR |
| Plaintiff, ) | |
| ) | MOTION FOR ISSUANCE OF RULE |
| vs. ) | 17(c) SUBPOENA DUCES TECUM TO THE |
| ) | DISTRICT OF OREGON UNITED STATES |
| JUSTIN J. (Juvenile Male), ) | PROBATION OFFICE |
| ) | |
| Defendant. ) | UNDER SEAL |
| ) | |

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, defendant Justin J., by and through his attorney, Steven J. Sherlag, hereby moves the court for the issuance of subpoena duces tecum for the District of Oregon United States Probation Office to produce the following:

1. A complete copy of Kaliska Wallulatum's (AKA Kaliska Rose Rubio) probation file regarding *United States v. Kaliska Rubio; CR 07-524* KI, including but not limited to all probation reports, police/arrest reports, violation and detainers, home visit reports, UA results, and all probation and/or parole information related to the case from February 21, 2012 to present; and

PAGE 1-MOTION FOR ISSUANCE OF RULE
17(c) SUBPOENA DUCES TECUM TO THE DISTRICT OF
OREGON UNITED STATES PROBATION OFFICE

**Steven J. Sherlag**, Attorney at Law
A Professional Corporation
621 SW Morrison Street, Suite 900, Portland Oregon 97205
(503) 227-5200 FAX (503) 227-2530
steven@sherlaglaw.com

2. A complete copy of Frederick James Wallulatum's probation file regarding *United States v. Frederick James Wallulatum; CR 11-434 BR*, including but not limited to all probation reports, police/arrest reports, violation and detainers, home visit reports, UA results, and all probation and/or parole information related to the case.

It is further requested that the court allow the subpoenas issued to direct the District of Oregon United States Probation Office to produce the materials directly to the court prior to the trial date in this matter, by March 22, 2013.

This motion is supported by the attached declaration of counsel.

Dated this 14th of March, 2013.

Steven J. Sherlag, OSB 931034
Attorney for Defendant

PAGE 2-MOTION FOR ISSUANCE OF RULE
17(c) SUBPOENA DUCES TECUM TO THE DISTRICT OF
OREGON UNITED STATES PROBATION OFFICE

Steven J. Sherlag, Attorney at Law
A Professional Corporation
621 SW Morrison Street, Suite 900, Portland Oregon 97205
(503) 227-5200 FAX (503) 227-2530
steven@sherlaglaw.com

## CERTIFICATE OF SERVICE

Re:   USA v. Justin J. Juvenile Male; CR 11-442 BR

I certify that on today's date I served the foregoing:

MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENA DUCES TECUM TO THE DISTRICT OF OREGON UNITED STATES PROBATION OFFICE

on:   Craig Gabriel, Esq.
      Jane Shoemaker, Esq.
      United State's Attorney's Office
      1000 SW Third Ave., Ste. 600
      Portland, Oregon 97204
      craig.gabriel@usdoj.gov
      jane.shoemaker@usdoj.gov

By e-mailing on today's date true and correct copies thereof to said Attorneys.

This 18th of March, 2013.

_____
Kristine San Filippo, Legal Assistant to
Steven J. Sherlag, 931034
Attorney for Defendant

Page 1 – CERTIFICATE OF SERVICE