Steven J. Sherlag, P.C.
Attorney at Law
OSB 931034
steven@sherlaglaw.com
621 SW Morrison, Suite 900
Portland, OR 97205
(503) 227-5200
Facsimile (503) 227-2530
Attorney for Defendant

RECVD 18 MAR '13 15:21 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUSTIN J. (JUVENILE MALE),<br><br>                Defendant. | Case No.: CR 11-442 BR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENA DUCES TECUM TO THE DISTRICT OF OREGON UNITED STATES PROBATION OFFICE<br><br><u>FILED UNDER SEAL</u> |

The Court, having been presented with a Motion for Issuance of Rule 17(c) Subpoenas Duces Tecum to the District of Oregon United States Probation Office supported by a declaration of counsel Steven J. Sherlag;

The Court, being of the opinion that good cause appears,

IT IS ORDERED that the District of Oregon Probation Office produce the following:

1. A complete copy of Kaliska Wallulatum's (AKA Kaliska Rose Rubio) probation file regarding *United States v. Kaliska Rubio; CR 07-524* KI, including but not limited to all probation reports, police/arrest reports, violation and detainers, home visit reports, UA results, and all probation and/or parole information related to the case from February 21, 2012 to present; and

PAGE 1-[PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENA DUCES TECUM TO THE DISTRICT OF OREGON UNITED STATES PROBATION OFFICE

Steven J. Sherlag, Attorney at Law
A Professional Corporation
621 SW Morrison Street, Suite 900, Portland Oregon 97205
(503) 227-5200 FAX (503) 227-2530
steven@sherlaglaw.com

2. A complete copy of Frederick James Wallulatum's probation file regarding *United States v. Frederick James Wallulatum;* CR 11-434 BR, including but not limited to all probation reports, police/arrest reports, violation and detainers, home visit reports, UA results, and all probation and/or parole information related to the case.

IT IS FURTHER ORDERED that the District of Oregon Probation Office produce these materials directly to the court by March 22, 2013.

This 19th of March, 2013.

_____
The Honorable Anna Brown
Judge of the United States District Court

PAGE 2-[PROPOSED] ORDER GRANTING MOTION
FOR ISSUANCE OF RULE 17(c) SUBPOENA DUCES
TECUM TO THE DISTRICT OF OREGON UNITED
STATES PROBATION OFFICE

Steven J. Sherlag, Attorney at Law
A Professional Corporation
621 SW Morrison Street, Suite 900, Portland Oregon 97205
(503) 227-5200 FAX (503) 227-2530
steven@sherlaglaw.com